IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LARRY WHATLEY, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | No. 3:16-CV-1327-N |
| ) | |
| LORIE DAVIS, Director TDCJ-CID ) | |
|     Respondent. ) | |

### ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. It is therefore Ordered that the petition is transferred to the Fort Worth Division of the United States District Court for the Northern District of Texas.

    IT IS SO ORDERED.

    Signed this 2nd day of September, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE